924

No. 76–5065. NEWMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–5072. POLLACK v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 76–5075. FLINT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5076. GARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5083. PHILLIPS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–5088. MARSHALL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5091. WRIGHT v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–5093. MARTINEZ v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 76–5095. ALVAREZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 76–5096. OLSEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–5097. OWENS v. SIGLER, CHAIRMAN, U. S. BOARD OF PAROLE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–5100. HARRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–5106. RINI v. GEORGIA. Sup. Ct. Ga. Certiorari denied.